AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GARY L. DUROCHER | ) | Case No. |
| | ) | 1:14-MJ-0069 |
| | ) | |
| Defendant(s) | ) | |

FILED
AUG 11 2014
PER _____
HARRISBURG, PA   DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 8, 2014__ in the county of __Adams__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 113(a)(5) | Simple Assault |
| 18 U.S.C. 1363 | Malicious Mischief |
| 18 U.S.C. 875(c) | Interstate Communications Threatening Injury of Another |

This criminal complaint is based on these facts:

1. Your affiant is Maria C. Brady, a Federal law enforcement officer with the National Park Service, currently stationed at Gettysburg National Military Park. I was first hired as a law enforcement officer for the NPS in 2002. During the last 12 years, I have worked as a law enforcement officer in three different parks and investigated a variety of crimes on NPS lands, including theft, vandalism, and cultural and natural resource violations. I have attended approximately 1000

☑ Continued on the attached sheet.

_____
Complainant's signature

MARIA C. BRADY, U.S. PARK RANGER
Printed name and title

Sworn to before me and signed in my presence.

Date: 8/11/14

_____
Judge's signature

City and state: HARRISBURG, PA          SUSAN E. SCHWAB, U.S. MAGISTRATE JUDGE
Printed name and title