AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:14-MJ-0069 |
| | ) | |
| GARY L. DUROUCHER | ) | |
| *Defendant* | ) | |

FILED HARRISBURG AUG 11 2014 PER _____ DEPUTY CLERK

## ORDER SCHEDULING A PRELIMINARY HEARING

A final hearing in this case is scheduled as follows:

| Place: | Ronald Reagan Federal Building and Courthouse<br>228 Walnut Street<br>Harrisburg, PA 17108 | Courtroom No.: | 5, 11ᵀᴴ Floor |
|---|---|---|---|
| | | Date and Time: | 8/21/2014 at 10:00 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

**\*\* If the defendant is indicted, arraignment will be held.**

Date: 8/11/14

_____
*Judge's signature*

Susan E. Schwab, Magistrate Judge